# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| | |
|---|---|
| ERIC LEBRON MITCHELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:21-CV-105-TRM-SKL |
| ) | |
| BARRY STEELMAN, JOHN G. ) | |
| MCDOUGAL, and P. COYLE, ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM OPINION

This is a prisoner's pro se complaint for violation of 42 U.S.C. § 1983. On July 12, 2021, the Court entered an order notifying Plaintiff that his complaint was unsigned, did not contain a demand for relief, and did not state a cognizable claim under § 1983 but may state a cognizable claim for habeas corpus relief, and therefore providing Plaintiff thirty days to return one of the following:

1. A signed copy of his § 1983 complaint with a demand for relief;

2. A signed and properly completed petition for a writ of habeas corpus; or

3. A signed notice that he is withdrawing his claims for relief.

[Doc. 6 p. 2–4]. This order also notified Plaintiff that if he failed to timely file any of the above documents, the Court would strike his unsigned § 1983 complaint pursuant to Rule 11(a) of the Federal Rules of Civil Procedure and dismiss this action [*Id.* at 5]. Plaintiff has not filed any document in response to this order, and his time for doing so has passed.

Accordingly, pursuant to Rule 11(a), the Clerk will be **DIRECTED** to strike Plaintiff's complaint [Doc. 1], terminate his motion for leave to proceed *in forma pauperis* [Doc. 5], and

close this file. The Court **CERTIFIES** that any appeal from this action would not be taken in good faith and would be totally frivolous. Fed. R. App. P. 24.

**AN APPROPRIATE JUDGMENT ORDER WILL ENTER.**

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**